UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DENNIS T. MICHAUD, JR.,<br><br>Defendant | Criminal No.   25cr10145<br><br>Violation:<br><br>Count One: Trafficking in Firearms<br>(18 U.S.C. § 933(a)(1))<br><br>Firearm Forfeiture Allegation:<br>(18 U.S.C. §§ 924(d), 934(a); 28 U.S.C. § 2461(c)) |

INDICTMENT

COUNT ONE
Trafficking in Firearms
(18 U.S.C. § 933(a)(1))

The Grand Jury charges:

Beginning on or about February 11, 2025, and continuing through on or about March 20, 2025, in the District of Massachusetts, and elsewhere, the defendant,

DENNIS T. MICHAUD, JR.,

did ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms, including but not limited to the following:

   a. Good Time Outdoors CXV Core 15 .223/5.56 caliber semiautomatic rifle, bearing serial number GTOC117734;

   b. Taurus Raging Hunter .454 Casull revolver, bearing serial number AEJ705164;

   c. Rossi Interarms M68 .38 special revolver, bearing serial number AA214044;

   d. Walther PPS 9mm pistol, bearing serial number AR6936);

   e. Radical Firearms RF-15 .223/5.56 caliber semiautomatic rifle, bearing serial number 23-028533;

   f. Sig Sauer P227 Equinox .45 caliber pistol, bearing seria number 51B005854;

1

2

    g. Century Arms 7.62x39mm VSKA AK Rifle, bearing serial number SV7093060;

    h. Smith & Wesson M&P 9mm pistol, bearing serial number HDR4873; and

    i. Taurus PT-22 .22 caliber pistol, bearing serial number Z001585,

to another person, in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)).

    All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. §§ 924(d)(1), 934(a), and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 933, set forth in Count 1, the defendant,

DENNIS T. MICHAUD, JR.,

2. shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in any knowing commission of the offense, and, pursuant to Title 18, United States Code, Section 934(a), and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1) and 934(a), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Sections 924 and 934, and Title 28, United States Code, Section 2461.

A TRUE BILL

_[signature]_
FOREPERSON


_[signature]_
SANDRA GONZALEZ SANCHEZ
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: APRIL 17, 2025
Returned into the District Court by the Grand Jurors and filed.

/s/Thomas F. Quinn Jr @ 11:52am.

DEPUTY CLERK